Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT BOHLKE, individually and on behalf of all others similarly situated, Plaintiff, <br><br> vs. <br><br> GENERAL MOTORS FINANCIAL COMPANY, INC., and DOES 1 through 10, inclusive, and each of them, Defendant. | Case No. <br><br> **2:18-cv-06831-MWF-AFM** <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses this matter without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Respectfully submitted this 26th Day of September, 2018.

By: s/Todd M. Friedman Esq.
Todd M. Friedman
Attorney For Plaintiff

# **CERTIFICATE OF SERVICE**

Filed electronically on September 26 2018, with:

United States District Court CM/ECF system

Notification sent electronically on September 26 2018, to:

To the Honorable Court, all parties and their Counsel of Record

<u>s/ Todd M. Friedman</u>
   Todd M. Friedman